

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-02-00864-CR

Mario Limone **SAUCEDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Menard County, Texas
Trial Court No. 02-1892
Honorable Emil Karl Prohl, Judge Presiding

## O R D E R

The Appellant's Amended Motion to File for Rehearing is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on the 29th day of January, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

.